**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

VISUAL INTERACTIVE PHONE
CONCEPTS, INC.

                                        Plaintiff,

v.                                                          Case No.:
                                                            3:11–cv–06180–PGS
                                                            –LHG

CELLCO PARTNERSHIP

                                        Defendant.

**Dear Barbara Mandell, Brendan Fey, Ian Williamson, Kenneth Kohn, Gerard
Mantese, Charles Bienman, Kevin Anderson, Leigh Taggart, Michael Stewart:**

   Please be advised, our records show that you are not a member of the Federal Bar of
New Jersey. Therefore, you are responsible for having a member of the Bar of this Court
file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.


                                        Sincerely,

                                        *William T. Walsh*, CLERK