UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Visual Interactive Phone Concepts, Inc. | Civil Action No. 11-cv-6180 (PGS) |
| Plaintiff, | |
| v. | |
| Cellco Partnership | |
| Defendant. | ORDER |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 20th day of July, 2012,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.